UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

CHRISTOPHER SANDERS, SR. et al.,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No. 2:18-cv-01079-JAD-VCF

ORDER

## I. DISCUSSION

Plaintiff Christopher Sanders, Sr., who is a prisoner in the custody of the Federal Bureau of Prisons ("BOP"), has submitted a complaint but has not filed an application to proceed *in forma pauperis* or paid the full filing fee in this matter. (ECF No. 1-1). Although Plaintiff's complaint identifies a second plaintiff, Damasha Shaw, Shaw has neither signed the complaint nor submitted an application to proceed *in forma pauperis*. (*See* ECF No. 1-1 at 2).

Although Plaintiff Sanders entitles his submission a "complaint" there are no allegations in the complaint. (*See* ECF No. 1-1). As such, the Court directs Plaintiff Sanders to submit an amended complaint. Plaintiff Sanders's amended complaint must contain all claims, defendants, and factual allegations that Plaintiff Sanders wishes to pursue in this lawsuit.[1] Moreover, Plaintiff Sanders must file the amended complaint on

---

[1] When drafting his amended complaint, Plaintiff Sanders should take note that *pro se* litigants have the right to plead and conduct their own cases personally. *See* 28 U.S.C.

this Court's approved prisoner civil rights form and it must be entitled "First Amended Complaint."

Pursuant to 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff Sanders must complete an application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate. Plaintiff Sanders will be granted an opportunity to file an application to proceed *in forma pauperis*, or in the alternative, pay the full filing fee for this action. If Plaintiff Sanders chooses to file an application to proceed *in forma pauperis* he must file a fully complete application to proceed i*n forma pauperis.*

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court SHALL SEND Plaintiff Sanders the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within thirty (30) days from the date of this order, Plaintiff Sanders shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that Plaintiff Sanders shall submit an amended complaint to this Court within thirty (30) days from the date of this order.

IT IS FURTHER ORDERED that the Clerk of the Court shall send to Plaintiff Sanders the approved form for filing a § 1983 complaint, instructions for the same, and a copy of his original complaint (ECF No. 1-1). Plaintiff Sanders must use the approved form and he shall write the words "First Amended" above the words "Civil Rights

---

§ 1654. However, *pro se* litigants have no authority to represent anyone other than themselves. *See Cato v. United States*, 70 F.3d 1103, 1105 n.1 (9th Cir. 1995); *C.E. Pope Equity Trust v. United States*, 818 F.2d 696, 697 (9th Cir. 1987).

Complaint" in the caption.

IT IS FURTHER ORDERED that if Plaintiff Sanders does not timely comply with this order, dismissal of this action may result.

DATED THIS 21st day of June 2018.

_____
UNITED STATES MAGISTRATE JUDGE